B. Otis Felder (SBN 177628)
Valeria Granata (SBN 305905)
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| TRUMBULL INSURANCE COMPANY, HARTFORD FIRE INSURANCE COMPANY, TWIN CITY FIRE INSURANCE COMPANY, HARTFORD CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC STRUCFRAME LLC,<br><br>Defendant. | Case No.:<br><br>Complaint Filed:<br><br>**COMPLAINT FOR BREACH OF CONTRACT AND ACCOUNT STATED**<br><br>**THE AMOUNT OF THE DEMAND IN THIS ACTION IS OVER $75,000** |

Plaintiffs, Trumbull Insurance Company, Hartford Fire Insurance Company, Hartford Casualty Insurance Company and Twin City Fire Insurance Company, by and through their undersigned attorneys, as and for their Complaint against defendant, Pacific Strucframe LLC, allege as follows:

## Nature of Action

1. This is an action for breach of contract to recover money damages based upon Defendant's failure to pay the full premiums owed under certain

workers compensation, business owners and umbrella liability insurance policies issued by Plaintiffs.

## Parties

2. Plaintiffs Trumbull Insurance Company and Hartford Fire Insurance Company are Connecticut corporations. Plaintiffs Hartford Casualty Insurance Company and Twin City Fire Insurance Company are Indiana corporations. All plaintiffs maintain their principal place of business at One Hartford Plaza, Hartford, Connecticut 06155 (collectively, "Plaintiffs" or "The Hartford").

3. Defendant Pacific Strucframe LLC ("Defendant"), is a California corporation which maintains its principal place of business at 1600 Chicago Avenue Suite R-3, Riverside California 92507.

## Jurisdiction and Venue

4. This Court has jurisdiction over this action under 28 U.S.C. § 1332(a)(1) because it involves citizens of different states and an amount in controversy exceeding the sum of $75,000.00, exclusive of interest and costs.

5. Venue of this action in the Eastern District of California is proper under 28 U.S.C. § 1391(b) in that it is the District where Defendant resides and where a substantial part of the events giving rise to this action occurred.

## Background Facts

6. At the request of Defendant, The Hartford issued the following insurance policies:

- Workers Compensation Insurance Policy No. 83-WE-SY4G1M for the period of 8/10/2018 to 8/10/2019 ("Policy 1"), and for the period of 8/10/2019 to 8/10/2020 ("Policy 2");

- Business Owners Policy No. 83-UUN-SY4043 for the period of 8/10/2019 to 10/13/20, and which was cancelled on 10/06/2020 ("Policy 3"); and

- Umbrella Liability Policy No. 83-RHU-SY4017 for the period of

8/10/2019 to 10/13/2020, and which was cancelled on 10/6/20 ("Policy 4") (collectively the "Policies").

7. Pursuant to the Policies, Defendant agreed to pay certain premiums to The Hartford. The premiums were based upon a number of factors including Defendant's estimated payroll, number of employees and applicable employee classification codes.

8. The premiums under the Policies were initially estimated based upon the information supplied by Defendant and expressly subject to adjustment after an audit of Defendant's applicable books and records at the conclusion of the policy periods.

9. At the end of the respective policy periods, Hartford conducted audits pursuant to which it was determined that Defendant owed additional premiums under Policy 1 in the amount of $155,452.50; additional premiums under Policy 2 in the amount of $191,434.60. Policy 3 was not audited due to cancellation on 10/6/20. Instead, additional premiums were billed *pro-rata* on Policy 3, in the amount of $55,195.50. Policy 4 had a fixed premium amount owed in the sum of $7,637.42, in addition to $148.00 in previously billed fees. Hence, the total unpaid premiums owed by Defendant under all four Policies inclusive of the previously billed fees equals $409,868.02 (the "Unpaid Premiums").

10. On or about December 3, 2020, The Hartford sent to Defendant an Insurance Bill (the "Invoice") for the Unpaid Premiums owed under the Policies, no part of which has been paid. A true and correct copy of the Invoice is annexed hereto as **Exhibit A**.

## AS AND FOR A FIRST CAUSE OF ACTION
### (Breach of Contract)

11. The Hartford hereby realleges and incorporates by reference each of the allegations set forth above in paragraphs 1 to 10 as if fully set forth herein.

12. Defendant has wrongfully refused to pay the Unpaid Premiums due

under the Policies.

13. The Hartford has fully complied with all of its obligations under the Policies.

14. Defendant breached the terms and conditions of the Policies by failing to pay the Unpaid Premiums as invoiced.

15. As a result of Defendant's breach of the Policies, Hartford has been damaged in the sum of $409,868.02 (excluding interest, fees and costs).

## AS AND FOR A SECOND CAUSE OF ACTION
### (Account Stated)

16. The Hartford hereby realleges and incorporates by reference each of the allegations set forth above in paragraphs 1 to 15 as if fully set forth herein.

17. The amount of Unpaid Premiums owed to Plaintiffs pursuant to the Polices is $409,868.02.

18. The Invoice issued to Defendant (Exhibit A) created an express and implied agreement between the parties as to the amount of the Premiums due under the Policies.

19. Defendant received and retained the Invoice and did not, contemporaneously or reasonably thereafter, object to or dispute the amounts or charges contained therein and thereby accepted the Invoice.

20. Defendant has wrongfully failed to pay the Unpaid Premiums as invoiced despite The Hartford's demands for payment.

21. As a result of Defendant's failure to pay the amounts due as invoiced, The Hartford has been damaged in the sum of $409,868.02 (excluding interest, fees and costs).

## AND FOR A THIRD CAUSE OF ACTION
### (Unjust Enrichment / Quantum Merit)

22. Hartford hereby realleges and incorporates by reference each of the allegations set forth above in paragraphs 1 to 21 as if fully set forth herein.

23. The Policies provided Defendant with insurance coverage for the benefit of the company and its employees.

24. Accordingly, as a matter of equity, Defendant should be held liable for the Unpaid Premiums owed under the Policies since Defendant directly benefited from the insurance coverage provided by The Hartford.

**WHEREFORE**, Plaintiffs, Trumbull Insurance Company, Hartford Fire Insurance Company, Hartford Casualty Insurance Company and Twin City Fire Insurance Company, hereby demand that a judgment be entered against Defendant Pacific Strucframe LLC, in the sum certain of $409,868.02, together with pre- and post-judgment interest thereon at the statutory rate of 10% per annum, and an award of the costs incurred herein, and such other, further and different relief as the Court may deem just and proper.

Dated:  October 21, 2021                    WILSON, ELSER, MOSKOWITZ,
                                            EDELMAN & DICKER LLP


                                        By:*/s/ Valeria Granata*
                                            B. Otis Felder
                                            Valeria Granata
                                            Attorneys for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12  **<u>EXHIBIT A</u>**
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**COMPLAINT**

Page 1

**Insurance Bill**

**THE HARTFORD**

Billing Company:
Hartford Fire Insurance Company

**Pay Online:** www.thehartford.com/servicecenter
For Billing Questions Call: **1-866-467-8730**
7 a.m. to 7 p.m. Central Time (Mon – Fri)

Report Claims 24 hours a day: 1-866-339-5665

**Bill Date: 12/03/20**

**Billing Account #: 15507318**

| Current Balance: $409,868.02 | Minimum Due: $409,868.02 | Due Date: 12/23/20 |
|---|---|---|

Named Insured: **PACIFIC STRUCFRAME LLC**
Your Agent: **AMERICAN LUMBER UNDERWRITERS INC**
For Certificates of Insurance, Policy Changes or Coverage questions call: 1-800-323-0131
This insurance brought to you through Member Insurance

### ACCOUNT SUMMARY

| | |
|---|---|
| Previous Account Balance | $286,009.02 |
| Payments & Adjustments | $0.00 |
| Premium Activity | $123,859.00 |
| New Fee(s) | $0.00 |
| Account Balance | $409,868.02 |

### IMPORTANT MESSAGES

- *****REVISED BILL***** Due to recent activity on your account, this bill replaces the bill issued on 11/17/20.

### TRANSACTION DETAILS (since your last bill)

| Transaction Date | Transaction Description | Policy # | Policy Type | Payments/Adjustments | Premium Activity | Fee Activity |
|---|---|---|---|---|---|---|
| 12/03/20 | Final Audit | 83WESY4G1M | Workers Compensation | | $120,924.00 | |
| 12/03/20 | CA Wc Fraud S/C | 83WESY4G1M | Workers Compensation | | $347.00 | |
| 12/03/20 | CA Labor Enforcement And Compliance | 83WESY4G1M | Workers Compensation | | $413.00 | |
| 12/03/20 | CA Gen Fund Employer | 83WESY4G1M | Workers Compensation | | $1,745.00 | |
| 12/03/20 | CA Sib Trust Fund Assessment | 83WESY4G1M | Workers Compensation | | $330.00 | |
| 12/03/20 | CA Ueb Trust Fund Assessment | 83WESY4G1M | Workers Compensation | | $100.00 | |
| | | | TOTALS | $0.00 | $123,859.00 | $0.00 |

Thank you for selecting The Hartford.  We appreciate your business.

---

Please detach here and insert with your payment. Write the account number on the check and make payable to **The Hartford**.

Check below and **complete reverse side** to request:
☐ Address Changes

Account Number: **15507318**

Amount Enclosed: _____

| Payment Due Date | 12/23/20 |
|---|---|
| Current Balance | Minimum Due |
| $409,868.02 | $409,868.02 |

**Mail Payments To:**

The Hartford
P O Box 660916
Dallas, TX 75266-0916

0395
PACIFIC STRUCFRAME LLC
1600 CHICAGO AVE R11
RIVERSIDE, CA 92507

8315507318475558570004098680200040986802810006

97587511 12/03/20 04 83 1550 7318 92 NU57

| FUTURE ACCOUNT INSTALLMENT SCHEDULE | | |
|---|---|---|
| Bill Date | Due Date | Minimum Due |
| 12/03/20 | 12/23/20 | $409,868.02 |

### IMPORTANT PAYMENT-RELATED INFORMATION

We will apply payments received in the following order:
- Past due and audit premium on inactive policies
- Past due premium on active policies
- Past due fees, then
- Current account charges

Alternate payment instructions with your check will not be honored. When you provide a check as payment, you authorize us to either use information from your check to make a one-time electronic transfer from your bank account or process your payment as a check transaction.

If you believe you received this invoice in error, please contact us at 1-866-467-8730 so that we can prevent further action.

### POLICY BILLING DETAILS

| Policy Number | Policy Type/Bill Plan/Status | Policy Period | Policy Balance | Minimum Due |
|---|---|---|---|---|
| 83WESY4G1M | Workers Compensation/12 PAY/Expired | 08/10/18-08/10/19 | $155,452.50 | $155,452.50 |
| 83RHUSY4017 | Umbrella/12 PAY/Cancelled 10/06/20 | 08/10/19-10/13/20 | $7,637.42 | $7,637.42 |
| 83UUNSY4043 | Business Owners/12 PAY/Cancelled 10/06/20 | 08/10/19-10/13/20 | $55,195.50 | $55,195.50 |
| 83WESY4G1M | Workers Compensation/12 PAY/Expired | 08/10/19-08/10/20 | $191,434.60 | $191,434.60 |
| | Previously Billed Fee(s) | | $148.00 | $148.00 |
| | | TOTALS | $409,868.02 | $409,868.02 |

### PAYMENT OPTIONS

- **Online** at www.thehartford.com/servicecenter. Policies subject to cancellation may not be available in our automated system.
- **AutoPay** automatically withdraws premium payments from your bank account when they're due – ensuring payments are never late and eliminating the potential for late fees. Enroll at www.thehartford.com/servicecenter or by calling 1-866-467-8730.
- **Payment by phone** allows you to make a one time payment from your bank account by calling our automated system at 1-866-467-8730. Policies subject to cancellation may not be available in our automated system.
- **Mail payment ONLY** along with the remittance stub, in the envelope provided. Allow at least 5 days for delivery. **Do not** mail any correspondence with your payment. Correspondence should be mailed to: The Hartford, 301 Woods Park Drive, Clinton, NY 13323.
- **For Overnight/Express** – send **payments only** to: Remitco – The Hartford #916, 1010 W Mockingbird Lane Suite 100, Dallas, TX 75247.

### EXPLANATION OF TERMS

**State Surcharges:** Fees that are assessed by your state and local government and paid by The Hartford to the appropriate agency. If a surcharge is applicable in your state, it will be shown separately on your invoice.
**Current Balance:** The total amount due after applying all payments, credits or additional charges received since the last insurance bill.
**New Fee(s):** The total of all fees assessed on the current bill.
**Service Fee:** A fee that is assessed on each installment invoice, except where prohibited by law.
**Late Fee:** A fee that is assessed when the minimum due is not received by the due date, except where prohibited by law.
**Audit:** This amount reflects the difference between the actual and estimated premium.
**Endorsement:** A change to the policy resulting in a return or additional premium.

---

**Address Changes:**   Check One:   ☐ Mailing address **ONLY**   ☐ Mailing address **AND** Physical Location change

Street: _____   Effective Date of change: _____

City/State/Zip: _____   Phone #: _____

Email Address: _____