**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| TRUMBULL INSURANCE COMPANY, HARTFORD FIRE INSURANCE COMPANY, TWIN CITY FIRE INSURANCE COMPANY, HARTFORD CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC STRUCFRAME LLC,<br><br>Defendant. | Case No.: 5:21−cv−01786−JGB−SP<br>District Judge Jesus G. Bernal<br>Magistrate Judge Sheri Pym<br><br>[PROPOSED] **JUDGMENT GRANTING PLAINTIFFS' MOTION FOR ENTRY OF CLERK'S DEFAULT JUDGMENT**<br><br>*[Filed concurrently with: Plaintiffs' Notice and Motion for Clerk's Entry of Default Judgment; Declaration of Valeria Granata; Declaration of Michele Moran]*<br><br>Complaint Filed: October 22, 2021<br>Complaint Served: October 25, 2021<br>Response Date: November 15, 2021 |

This matter having come before the Court upon the Motion of Plaintiffs TRUMBULL INSURANCE COMPANY, HARTFORD FIRE INSURANCE COMPANY, TWIN CITY FIRE INSURANCE COMPANY, HARTFORD CASUALTY INSURANCE COMPANY (collectively, "Plaintiffs") for entry of the Clerk's Default Judgment in a Sum Certain pursuant to Fed. R. Civ. P. 55(b)(1) against Defendant PACIFIC STRUCFRAME, LLC ("Defendant"), and there being good cause to grant the relief requested by the Motion;

1

1  NOW, THEREFORE:

2  Plaintiffs' Motion for Default Judgment is granted and judgment is hereby
3  entered in favor of Plaintiffs and against Defendant in the principal sum of
4  $409,868.02, together with interest on that amount at the rate of 10% per annum
5  ($112.29 per day) from December 23, 2020 through the date that judgment is
6  entered in the sum of $42,782.49, for a total judgment amount of $452,650.51.

8  DATED: 2/16/22                    _J. DeBusse_____
9                                     Clerk of the Court

# CERTIFICATE OF SERVICE
*Trumbull Insurance Company, et al. vs. Pacific Strucframe LLC*
USDC Case No.: 5:21-cv-01786-JGB (SPx)
Attorneys for Plaintiffs
WEMED File No. 15792.00171

I hereby certify that on **January 7, 2022,** I served the documents described as:

1. **[PROPOSED] JUDGMENT GRANTING PLAINTIFFS' MOTION FOR ENTRY OF CLERK'S DEFAULT JUDGMENT**

[ ]  **BY U.S. MAIL** - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]  **BY PERSONAL SERVICE** Said documents were personally/physically delivered to the addressees as noted on the Service List

[ ]  **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

[ ]  **BY E-MAIL OR ELECTRONIC TRANSMISSION** – Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 555 So. Flower Street, Suite 2900, Los Angeles, CA 90071.

[X]  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **January 7, 2022,** at Los Angeles, California.

*/s/ Patricia L. Pardo*
Patricia L. Pardo

# SERVICE LIST

*Trumbull Insruance Company vs. Pacific Strucframe LLC*
USDC Case No.: 5:21-cv-01786-JGB (SPx)

**PACIFIC STRUCFRAME LLC**
**John Hanna**
**CEO and President**
**1600 Chicago Avenue**
**Suite R-11**
**Riverside, CA  92507**

**PACIFIC STRUCFRAME LLC**
**John Hanna**
**CEO and President**
**1600 Chicago Avenue**
**Suite R-3**
**Riverside, CA  92507**